## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

      v.                            **CRIMINAL NO. 16-164 (PAD)**

ANTONIO MATRILLER-TEJADA (1),

    Defendant.

## ORDER

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Marcos E. López regarding the Rule 11 proceeding of defendant, Antonio Matriller-Tejada (Docket No. 43), to which no objections have been filed. The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty. The plea is therefore accepted and the defendant is adjudged guilty as to Count One of the Indictment.

The court notes that a Presentence Investigation Report was ordered (Docket No. 42). The parties shall file their sentencing memoranda not later than December 6, 2016. The Sentencing Hearing is set for December 16, 2016 at 9:30 a.m. in Courtroom 3.

**SO ORDERED.**

In San Juan, Puerto Rico, this 7th day of September, 2016.

s/Pedro A. Delgado-Hernández
PEDRO A. DELGADO HERNANDEZ
United States District Judge